**Lewis Roca Rothgerber LLP**
40 North Central Avenue
Suite 1900
Phoenix, Arizona 85004-4429

Stephen M. Bressler, State Bar No. 09032
    Direct Dial:  (602) 262-5376
    Direct Fax:  (602) 734-3742
    Email:  SBressler@LRRLaw.com
Jason Porter, State Bar No. 027475
    Direct Dial:  (602) 262-5763
    Direct Fax:  (602) 734-3916
    Email:  JPorter@LRRLaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret McClintic, | |
| Plaintiff, | No. 4:12-cv-00128-CKJ |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Zions Bancorporation (National Bank of AZ); and Unum Life Insurance Company of America, | |
| Defendants. | |

The parties have resolved this matter.  They stipulate to a dismissal with prejudice, each party to bear their own costs and attorneys' fees.  The parties have lodged a proposed order with the Court.

RESPECTFULLY SUBMITTED this 15th day of November, 2013.

BENHAM & ANAISE, LLC                    LEWIS ROCA ROTHGERBER, LLP


By */s/ David Anaise (w/persmission)*        By */s/ Stephen M. Bressler*
    David Anaise                                              Stephen M. Bressler
*Attorneys for Plaintiff*                                 Jason Porter
                                                                   *Attorney for Defendants*

1

3854896.1

**CERTIFICATE OF SERVICE**

I certify that on November 15, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David Anaise MD, JD
Benham & Annaise, LLC
1001 W San Martin Dr.
Tucson, AZ 85704
*Attorney for Plaintiff*

/s/ *Kim P. Schueneman*
Lewis Roca Rothgerber