UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret McClintic,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Zions Bancorporation (National Bank of AZ); and Unum Life Insurance Company of America,<br><br>                    Defendants. | No. 4:12-cv-00128-CKJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before this Court on the parties' stipulation to dismiss with prejudice. As there is good cause,

IT IS ORDERED dismissing this lawsuit with prejudice, each party to bear their own costs and attorneys' fees.

3854982.1